UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR HUGO TALAVERA-HERNANDEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY UTTECHT, | CASE NO. 2:21-cv-00012-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The habeas petition (dkt. 5) is dismissed and issuance of a certificate of appealability is denied. The motions to compel and for vicarious exhaustion are denied. Dkts. 6 and 7.

(3) The Clerk is directed to send copies of this Order to petitioner.

//

//

//

ORDER OF DISMISSAL - 1

Dated this 12th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2